UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD ALLEN, CDCR #D-76353<br><br>         Plaintiff,<br><br>v.<br><br>J. CARDENAS; RALPH M. DIAZ; W.L. MONTGOMERY; M. POLLARD; L. WOOD; M. CARRILLO,<br><br>         Defendants. | Case No.: 3:19-cv-01610-JAH-RBB<br><br>**ORDER DISMISSING CIVIL ACTION PURSUANT TO 28 U.S.C. § 1915(e)(2) AND § 1915A(b) AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

## I. Procedural History

On August 26, 2019, Plaintiff filed his civil rights Complaint pursuant to 42 U.S.C. § 1983. *See* ECF No. 1. On September 27, 2019, the Court conducted the required sua sponte screening of Plaintiff's Complaint and dismissed his Complaint for failing to state a claim. *See* ECF No. 11. Plaintiff was granted 30 days leave to file an amended complaint in order to correct the deficiencies of pleading identified by the Court. (*Id.*)

Plaintiff's Amended Complaint was due, on or before, October 27, 2019 but to date, Plaintiff has not filed an Amended Complaint, and has not requested an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's

1

ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

**II.     Conclusion and Order**

Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's September 27, 2019 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: January 6, 2020

_____
Hon. John A. Houston
United States District Judge